UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:21-cv-00135-MW-MJF

DEBORAH RICE

    Plaintiff,

v.

AZIYO BIOLOGICS, INC.,
MEDTRONIC SOFAMOR DANEK
USA, INC., SPINALGRAFT
TECHNOLOGIES, LLC, DCI
DONOR SERVICES, INC., NEW
MEXICO DONOR SERVICES, AND
VRL-EUROFINS

    Defendants.
_____/

## DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants DCI DONOR SERVICES, INC., and NEW MEXICO DONOR SERVICES, pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby make their initial disclosures:

**A.     The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support it claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

At this time, Defendants believe the following witnesses may have discoverable information relating to the material facts supporting Plaintiff's allegations. These disclosures do not include the names of any potential experts retained or consulted by Defendants. Defendants will produced information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the times provided by that Rule or any supervening order of the Court.

1. Rachel McGinnis
   c/o Tullio E. Iacono, Esq.
   9130 S. Dadeland Blvd.
   Datran II, Suite 1705
   Miami, FL 33156

   This individual is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' representations, operations, and practices regarding tissue recovery.

2. Nick Botello
   c/o Tullio E. Iacono, Esq.
   9130 S. Dadeland Blvd.
   Datran II, Suite 1705
   Miami, FL 33156

   This individual is likely to have knowledge of issues relevant to this case, including but not limited to the physical presentation and review of medical records of the donor that comprised Donor Lot Number NMDS210011.

3. Daniel Gutierrez
   c/o Tullio E. Iacono, Esq.
   9130 S. Dadeland Blvd.
   Datran II, Suite 1705
   Miami, FL 33156

   This individual is likely to have knowledge of issues relevant to this case,

including but not limited to the medical procedures utilized to procure the tissue samples.

4. Regina Harsh
c/o Tullio E. Iacono, Esq.
9130 S. Dadeland Blvd.
Datran II, Suite 1705
Miami, FL 33156

This individual is likely to have knowledge of issues relevant to this case, including but not limited to packaging and labeling of human tissues and cultures as part of the procurement process.

**B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The following documents are in the possession, custody, or control of the Defendants and may be used to support their claims and defenses.

1. Documents obtained from Defendants past or present employees or agents or others acting on behalf of Defendants.

2. Documents obtained through discovery, formally and informally, from the follow entities and individuals:

   Aziyo Biologics, Inc..

There may be additional documents whose relevance becomes known to Defendants during discovery or trial. The Defendants therefore reserve the right to amend or supplement these disclosures if and as appropriate, and further reserves the right to rely on any document identified by the Plaintiff or produced in this case by any party or any third party.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and/or as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on**

which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

D.     **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnity or reimburse for payments made to satisfy the judgment.**

These Defendants are not presently aware of any applicable insurance agreement.

These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

Respectfully submitted,

**HALL, BOOTH, SMITH P.C.**

/s/ John Goran
John J. Goran, Esquire
FBN: 999970
Counsel for Defendant DCI Donor Services, Inc.
9130 S. Dadeland Blvd., Suite 1705
Miami, FL 33156
T: 786-775-5910
F: 786-522-1500
jgoran@hallboothsmith.com
tiacono@hallboothsmith.com
glopez@hallboothsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using CM/ECF on January 14, 2022, upon all counsel of record in this matter via the Court's electronic filing system..

        **HALL, BOOTH, SMITH P.C.**

        /s/ John Goran
        John J. Goran, Esquire
        FBN: 999970
        Counsel for Defendant DCI Donor Services, Inc.
        9130 S. Dadeland Blvd., Suite 1705
        Miami, FL 33156
        T: 786-775-5910
        F: 786-522-1500
        jgoran@hallboothsmith.com
        tiacono@hallboothsmith.com
        glopez@hallboothsmith.com