# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| DEBORAH RICE,<br><br>Plaintiff,<br><br>v.<br><br>AZIYO BIOLOGICS, INC., ET AL.<br><br>Defendants. | CIVIL ACTION NO. 5:21-cv-00135 |

## JOINT STATUS REPORT ON DISCOVERY

All parties jointly submit this March 2022 discovery status report to update the Court on the parties' efforts.

Plaintiff served Interrogatories and Requests to Produce on Medtronic Sofamor Danek USA, Inc. and SpinalGraft Technologies, LLC (collectively, "Medtronic") and Aziyo Biologics, Inc. ("Aziyo") on January 6, 2022. Plaintiff served Interrogatories and Requests to Produce on DCI Donor Services, Inc. and New Mexico Donor Services (collectively, "Donor Services") on January 5, 2022. The Donor Services Defendants served Plaintiff on January 20, 2022 with Interrogatories and Requests to Produce. Plaintiff has responded to Donor Services' written discovery and is producing documents responsive to Donor Services'

1

Requests to Produce on a rolling basis. Donor Services has responded to Plaintiff's written discovery and is producing responsive documents on a rolling basis. Plaintiff has granted the other Defendants additional time to respond to Plaintiff's written discovery.

Written discovery has still not yet been served on VRL-Eurofins and VRL-Eurofins has not yet served written discovery on Plaintiff. VRL-Eurofins, a provider of certain testing services, contends that it is not a proper party in this lawsuit. VRL-Eurofins is working with the parties to obtain written confirmation thereof from Aziyo and Donor Services acceptable to Plaintiff such that Plaintiff will dismiss Eurofins at this juncture. VRL-Eurofins has filed a motion to dismiss based on lack of jurisdiction (ECF No. 52). If VRL-Eurofins's motion is denied or if VRL-Eurofins is unable to obtain written confirmation regarding its alleged non-involvement in this case, Plaintiff and VRL-Eurofins will proceed with serving written discovery and scheduling depositions. In the interim, VRL-Eurofins has agreed to informally produce certain relevant documents that will allow Plaintiff to better evaluate the current claims against VRL-Eurofins.

The Donor Services Defendants have requested dates for Plaintiff's deposition and Plaintiff has requested dates for a 30(b)(6) deposition of the Donor Services Defendants. The parties are currently working to schedule these depositions with the anticipated goal of beginning depositions in April.

The parties continue to engage in extensive and productive discussions about the establishment of a mediation program to address and attempt to resolve all of the involved cases.  Specifically, the Medtronic defendants and Aziyo have agreed to and offered a mediation program, which Plaintiff Deborah Rice (and most other plaintiffs across the country) have agreed to participate in. The mediation program will consist of multiple rounds of mediations, in order to accommodate mediating over 80 individual cases. The first round of mediation is set to begin in late April and additional mediations will take place later this year. Because of her current condition, Plaintiff will not be participating in the first round of mediation and instead will participate in mediation at a yet to be determined date later this year.  At this time, only Plaintiff, Aziyo, and the Medtronic Defendants have agreed to participate in the mediation program.

Respectfully Submitted,

*/s/ Lawrence R. Cohan*
Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
**SALTZ MONGELUZZI**
**& BENDESKY P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
(215)-486-8282
lcohan@smbb.com
jcohan@smbb.com
*Counsel for Plaintiff*

/s/ *Kim M. Schmid*
Kim M. Schmid
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
(612)672-3289
kim.schmid@bowmanandbrooke.com
*Counsel for Defendant Aziyo Biologics, Inc*

*/s/ Ardith Bronson*
Ardith Bronson
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
(305) 423-8562
ardith.bronson@dlapiper.com
*Attorneys for Defendants Medtronic Sofamor Danek USA, Inc. and Spinalgraft Technologies, LLC*


/s/ John Goran
John J. Goran, Esquire
**HALL, BOOTH, SMITH P.C.**
9130 S. Dadeland Blvd., Suite 1705
Miami, FL 33156
786-775-5910
jgoran@hallboothsmith.com
tiacono@hallboothsmith.com
glopez@hallboothsmith.com
*Counsel for Defendants DCI Donor Services, Inc. and New Mexico Donor Services*


*/s/ Altom Maglio*
Altom Maglio, Esq.
**MAGLIO CHRISTOPHER & TOALE, P.A.**
1605 Main Street, Suite 710
Sarasota, FL 34236
(888) 952-5242
amm@mctlaw.com
*Counsel for Plaintiff*

Dated: March 4, 2022

*/s/ Edward L. Birk*
Jeptha F. Barbour
Edward L. Birk
**MARKS GRAY, P.A.**
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
 (904) 807-2151
JBarbour@marksgray.com
EBirk@marksgray.com
*Attorneys for Defendant Eurofins Donor & Product Testing, Inc. (f/k/a VRL Eurofins)*

*/s/ Christopher Scott D'Angelo*
(PHV to be requested)
**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
1725 Market Street, 21st Floor
Philadelphia, PA 19103
 (215) 772-7397
cdangelo@mmwr.com
*Attorneys for Defendant Eurofins Donor & Product Testing, Inc. (f/k/a VRL Eurofins*

4